AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

James Bond Chun

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07-M 9M

I, James Bond Chun, charged in a (complaint) (petition) pending in this District with possess a firearm with barrel of less than 16" not registered to him in violation of Title 26, U.S.C., 5841, 5845(a)(4)+(c), 5861(d)+5871, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

2-1-07
Date

[signature]
Counsel for Defendant