1280983

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
JAMES BOND CHUN

## WARRANT FOR ARREST

Case Number: 1:07-M-09M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES BOND CHUN JAN 29 2007
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

illegal possession of a firearm, a rifle with a barrel length of less than 16 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record,

in violation of Title 26 United States Code, Section(s) 5841, 5845(a)(4) and (c), 5861(d) and 5871

| | |
|---|---|
| DAVID L. MARTIN | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 1-29-07 Providence, Rhode Island |
| Title of Issuing Officer | Date and Location |

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Arrested by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/29/2007 | G Wyant SDUSM | Hal Wyant |
| DATE OF ARREST 02/01/2007 | | |