IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 030T |
| v. | : | In Violation Of 26 U.S.C. §§ 5841, 5845(a)(4) and (c), 5861(d) and 5871 |
| JAMES BOND CHUN | : | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about January 20, 2007, in the District of Rhode Island, the defendant, James Bond Chun, knowingly possessed a firearm, that is, a weapon made from a .22 caliber Winchester rifle, Model 61, serial number 294894, with a barrel length of less than 16 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845(a)(4) and (c), 5861(d) and 5871.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: 3-14-07