**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. 07-030T** |
| | ) | |
| **JAMES BOND CHUN** | ) | |

---

**MOTION TO AMEND BAIL CONDITIONS**

Now comes the defendant, James Bond Chun, and asks that this Honorable Court amend his bail conditions. Specifically Mr. Chun requests that this court allow him permission to leave the state to attend a YouthBuild Providence mandatory camping trip from Thursday May 31, 2007 until Saturday June 1, 2007. In support of this motion defendant refers the court to the attached letter from Anthony Hubbard the Program Manager at YouthBuild Providence.

The United States Attorney, through Assistant United States Attorney Peter Neronha, indicates no objection to this motion.

Respectfully Submitted
James Bond Chun
By His Attorney,

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA, on the 29th day of May, 2007.

/s/ Mary S. McElroy