YOUTHBUILD PROVIDENCE

**YouthBuild Providence Staff Members**

Andrew L. Cortés
Anthony L. Hubbard
Shannon Dolan
David Apicerno
Robert Nyankoon
Somg Heng
Lisa Pina
Rebecca Hurwitz

**Advisory Board Members**

Brenda Clements
Executive Director
Housing Network of Rhode Island

Teny Gross
Executive Director
Institute for the Study and Practice Of Non-Violence

James Jackson
Apprenticeship Coordinator
International Brotherhood Of Electrical Workers Local Union 99

Matthew Jerzyk
Organizer
Service Employees International Union Local Union 1199

David J. Maron
Partner
Maron Construction

Patrick McGuigan
Executive Director
The Providence Plan

Richardson Ogden
Project Manager
South Providence Development Corporation

John O'Riley
Department of Children Youth and Families, State of Rhode Island

Tom Savoie
Vice-President
United Brotherhood of Carpenters and Joiners Of America Local Union 94

Frank Shea
Executive Director
Olneyville Housing Corporation

TO: Brian Pletcher, Federal Parole Officer
Fax Transmittal 401.752.7399

To Whom It May Concern:

This letter is regarding Jamesbond Chun, a full-time student at YouthBuild Providence. As part of our program, we bring students on an annual camping trip to Cardigan Lodge in New Hampshire. The camping trip is a mandatory piece of our program, as class and construction training are, and we expect all students to attend.

This year's camping trip takes place Thursday May 31st, when we leave for Cardigan Lodge. We will return by 4:00 on Saturday June 1st. The time is spent entirely at the Lodge, which is located in the White Mountains of New Hampshire, and is supervised by all YouthBuild staff and Appalachian Mountain Club members. Over the years, we have found that nature can be a very positive and transformative experience for our students, as well as giving them a chance to enjoy time together before they graduate. We hope that it will not be a problem for Jamesbond to attend.

Please do not hesitate to contact me with any further questions regarding the camping trip or Jamesbond's program participation.

Sincerely,

Anthony Hubbard
Program Manager

114 Delaine Street Providence, Rhode Island 02909
Tel (401) 273-7528 Fax (401) 273-5790