**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-0030-01T** |
| | ) | |
| **JAMES BOND CHUN** | ) | |

---

**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

Now comes James Bond Chun, the defendant in the above captioned matter, by and through counsel, moves that this Honorable Court grant him a downward departure and impose a sentence below the applicable U.S.S.G. guideline range. As grounds thereto, Mr. Chun asks the Court to consider, and find, that the combination of his circumstances and behavior are extraordinary, and that he falls outside of the heartland of offenders for this type of charge for sentencing.

Respectfully Submitted
James Bond Chun,
By and through his counsel

/s/Mary S. McElroy
Assistant Federal Defender

CERTIFICATION

I hereby certify that a copy of this memorandum was delivered by hand-delivery to Peter Neronha, Assistant United States Attorney and Dennis Jenkins, USPO, on July 31, 2007.

/s/Mary S. McElroy